UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLSTATE INSURANCE COMPANY,

        Plaintiff(s),                             No. C 12-4508 PJH

  v.                                       **ORDER OF DISMISSAL**

JAMILEH BAJJALIEH, et al.,

        Defendant(s).
_____/

     The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within 120 days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

     If no certification is filed, after passage of 120 days, the dismissal shall be **with** prejudice. The parties may substitute a dismissal with prejudice at any time during this 120 day period.

     IT IS SO ORDERED.

Dated: February 27, 2013

                                                      _____
                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge